**Exhibit A**

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts — Small Claims Session**

- ☐ BOSTON MUNICIPAL COURT
- ☐ DISTRICT COURT
- ☐ HOUSING COURT

**For Court Use Only / DOCKET NO.:** 2133SC451

Division: _____

**PART 1**

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Aboubakr Elsayed
16 Sconticut Neck Rd #166
Fairhaven, MA 02719
PHONE NO: 781-888-8011

PLAINTIFF'S ATTORNEY (if any): _____

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
USPS Post Services
248 Main St
Wareham, MA, 02571
PHONE NO: 202-636-1200 & 1866-974-2733

ADDITIONAL DEFENDANT (if any):
Name: Linda Nix
Address: Manager

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $7000 plus $150 court costs for the following reasons:

Tracking # 9506119130201961191320

I sent six Iphones 11 pro Max 256 GB year and a half ago to Washington DC to friend of mine. But USPS notified me telling that there is no access to the door. And this goes for almost a week and I told them to just return the package back. USPS said that they couldn't find the package. I got to many email from USPS saying that still searching for the package and its been a year and I know it got lost because I shipped another package week before this accident and my fried recieved it. Each phone cost me $1199.99 plus tax. USPS been calling me to put search on the package, which I have done it so many times. And this accident caused serious damage.

SIGNATURE OF PLAINTIFF: Abou[signature]
DATE: 03/05/2021

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF: _____ DATE: _____

**NOTICE OF TRIAL — NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: _____  CLERK-MAGISTRATE OR DESIGNEE: _____

NAME AND ADDRESS OF COURT: _____
DATE AND TIME OF TRIAL: _____ AT _____
DATE _____ TIME _____ ROOM NO. _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED — COURT USE ONLY — COURT COPY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.